UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL E. CARPENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-cv-11012-MEL |
| | ) |
| UNITED STATES DEPARTMENT OF JUSTICE and THE UNITED STATES ATTORNEY FOR THE DISTRICT OF MASSACHUSETTS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Kindly enter the appearance of **Jack E. Robinson** as counsel for the plaintiff, Daniel E. Carpenter, in the above-referenced matter.

                DANIEL E. CARPENTER,
                By his attorney,


                **/s/ Jack E. Robinson**
                Jack E. Robinson, Esq. (BBO # 559683)
                2187 Atlantic Street
                Stamford, CT 06902
                Tel: (203) 425-4500
                Fax: (203) 425-4555
                E-mail:  Robinsonesq@aol.com


Dated: May 19, 2005