UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
DANIEL E. CARPENTER,                )
            Plaintiff,              )
                                    )    CIVIL ACTION
v.                                  )    NO. 05-11012-MEL
                                    )
U.S. DEPARTMENT OF JUSTICE,         )
and U.S. ATTORNEY FOR THE           )
DISTRICT OF MASSACHUSETTS,          )
            Defendants.             )
_____)

## NOTICE OF APPEARANCE

Please enter the undersigned as counsel for the defendants in the above matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

## CERTIFICATE OF MAILING

This is to certify that a true copy of the foregoing was electronically noticed or sent by first class mail on May 23, 2005, to plaintiff's counsel of record, Richard S. Order, Esq., Axinn, Veltrop & Harkrider LLP, 90 State House Square, Hartford, CT 06103, and Jack E. Robinson, Esq., 187 Atlantic Street, Stamford, CT 06902.

Dated: May 23, 2005

/s/Eugenia M. Carris
Eugenia M. Carris