UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL E. CARPENTER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and THE UNITED STATES ATTORNEY FOR THE DISTRICT OF MASSACHUSETTS,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 05-cv-11012-MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR CONTINUANCE OF HEARING**

Plaintiff respectfully moves for a continuance of the hearing on plaintiff's motion for summary judgment and the government's cross-motion for summary judgment from September 20, 2005 at 10:00 a.m. to October 12, 2005 at 11:00 a.m., to accommodate counsel's schedules. The government's counsel has assented to this continuance.

Dated: September 13, 2005

                                                                                                            PLAINTIFF,
                                                                                                            DANIEL E. CARPENTER
                                                                                                             By his attorneys,

                                                                                                             /s/ Jack E. Robinson
                                                                                                             Jack E. Robinson, Esq.
                                                                                                             (BBO #559683)
                                                                                                             2187 Atlantic Street
                                                                                                             Stamford, CT 06902
                                                                                                             (203) 425-4500
                                                                                                             (203) 425-4555 (fax)
                                                                                                             Robinsonesq@aol.com

/s/ Richard S. Order
RICHARD S. ORDER, ESQ. (ct02761)
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100
(860) 275-8101 (fax)
rso@avhlaw.com