UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANIEL CARPENTER
                        Plaintiff(s)

            v.                                    CIVIL ACTION NO. O5- 11012-MEL

Department of Justice, and
U.S. Attorney for the District of Massachusetts
                        Defendant(s)

## JUDGMENT IN A CIVIL CASE

LASKER,S.D.J.

☐    **Jury Verdict.** This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by the Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED :**

**In accordance with the Endorsement dated November 7, 2005. The plaintiff Daniel Carpenter 's motion for Summary Judgment is Denied. The defendants Department of Justice and U.S. Attorney for the District of Massachusetts 's motion for Cross-Motion for Summary Judgment is Granted.**

SARAH A. THORNTON CLERK

Dated: November 14, 2005             /s/ George H. Howarth
                                  ( By )  Deputy Clerk

(judgciv.frm - 10/96)                                    [jgm.]