UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL E. CARPENTER,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and THE UNITED STATES ATTORNEY FOR THE DISTRICT OF MASSACHUSETTS,<br><br>      Defendants. | No. 05-cv-11012-MEL |

## **PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Daniel E. Carpenter, the plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from (a) the district court's judgment, entered in this action on November 14, 2005, denying plaintiff's motion for summary judgment and granting defendants' cross-motion for summary judgment (Dkt. #29); and (b) the denial, entered in this action on December 16, 2005, of plaintiff's motion for reconsideration (Dkt. #33).

                                          Respectfully submitted,

                                          DANIEL E. CARPENTER,
                                          By his attorneys,


                                          ***/s/ Jack E. Robinson***
                                          Jack E. Robinson, Esq.
                                          (BBO #559683)
                                          2187 Atlantic Street
                                          Stamford, CT 06902
                                          (203) 425-4500
                                          Robinsonesq@aol.com

Dated: February 10, 2006

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date hereof.

           */s/ Jack E. Robinson*
           Jack E. Robinson, Esq.