UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL E. CARPENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-cv-11012-MEL |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| JUSTICE and THE UNITED STATES ) | |
| ATTORNEY FOR THE DISTRICT OF ) | |
| MASSACHUSETTS, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CERTIFICATION RE: TRANSCRIPTS
AND STATEMENT OF ISSUES ON APPEAL**

Plaintiff-appellant Daniel E. Carpenter, by and through undersigned counsel, hereby submits notice pursuant to Fed. R. App. P. 10(b)(1)(B) that no transcripts will be ordered and that he has today filed and served on the defendants-appellees the Transcript Report annexed hereto as **Exhibit 1**.

Pursuant to Fed. R. App. P. 10(b)(3)(A), plaintiff-appellant herewith files his statement of issues on appeal:

1) Whether the district court erred in granting defendants' motion for summary judgment and denying plaintiff's motion for summary judgment?

Dated: March 3, 2006

        Respectfully submitted,

        DANIEL E. CARPENTER,
        By his attorney,


        */s/ Jack E. Robinson*
        Jack E. Robinson, Esq.
        (BBO #559683)
        2187 Atlantic Street
        Stamford, CT 06902
        (203) 425-4500
        Robinsonesq@aol.com


## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent on the date hereof to those indicated as non-registered participants as listed below:

Steve Frank, Esq.
U.S. Department of Justice
Civil Division, Appellate Staff
Room 7245 MAIN
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Steve.Frank@usdoj.gov


        */s/ Jack E. Robinson*
        Jack E. Robinson, Esq.

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: Daniel Carpenter v. U.S. Dept. of Justice, et al.
District Court Case No. 05-cv-11012   District of Massachusetts
Date Notice of Appeal filed: 2/10/06   Court of Appeals Case No. _____
Form filed on behalf of: Plaintiff-appellant Daniel E. Carpenter

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal __XX__
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: Jack E. Robinson   Filer's Signature: /s/
Firm/Address: 2187 Atlantic Street, Stamford, CT 06902
Telephone number: (203) 425-4500   Date mailed to court reporter: N/A

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)   SEE INSTRUCTIONS ON REVERSE