UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| DANIEL CARPENTER, | ) | |
| Plaintiff, | ) | No. 05-CV-11012-MEL |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | **NOTICE OF APPEARANCE____** |
| JUSTICE and THE UNITED STATES | )_____ | **OF MALICK W. GHACHEM** |
| ATTORNEY FOR THE DISTRICT | ) | |
| OF MASSACHUSETTS, | ) | |
| Defendants. | ) | |

_____)

To the Clerk of this Court:

       Please enter my appearance as counsel in the above-captioned case for the plaintiff,

Daniel E. Carpenter.

       I hereby certify that I am admitted to practice in this court.


                       Respectfully submitted,
                       DANIEL CARPENTER
                       By his attorney,


                       /s/ Malick W. Ghachem_____
                       Malick W. Ghachem (BBO # 661018)
                       Zalkind, Rodriguez, Lunt & Duncan, LLP
                       65a Atlantic Avenue
                       Boston, MA 02110
                       (617) 742-6020


Dated: March 15, 2006

Certificate of Service

I hereby certify that on this 15th day of March, 2006 I served a copy of this document by electronic filing upon all counsel of record.


/s/ Malick W. Ghachem_____
Malick W. Ghachem