# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-11012

Daniel E. Carpenter

v.

United States Department of Justice, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/10/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 17, 2006.

Sarah A. Thornton, Clerk of Court

By _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/17/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-11012-MEL

Carpenter v. United States Department of Justice et al
Assigned to: Senior Judge Morris E. Lasker
Cause: 05:552 Freedom of Information Act

Date Filed: 05/12/2005
Jury Demand: None
Nature of Suit: 895 Freedom of Information Act
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Daniel E. Carpenter**  represented by  **Erin Boggs**
Axinn, Veltrop & Harkrider
90 State House Square
Hartford,, CT 06103
860-275-8145
Fax: 860-275-8101
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jack E. Robinson**
2187 Atlantic Street
Stamford, CT 06902
203-425-4500
Fax: 203-425-4555
Email: robinsonesq@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S. Order**
Axinn, Veltrop & Harkrider LLP
90 State House Square
Hartford, CT 06103-3702
860-275-8100
Fax: 860-275-8101
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Malick W. Ghachem**

Zalkind, Rodriguez, Lunt & Duncan
65a Atlantic Ave.
Boston, MA 02110
617-742-6020
Fax: 617-742-3269
Email: mghachem@zrld.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Department of Justice**    represented by   **Eugenia M. Carris**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3376
Fax: 617-748-3969
Email: eugenia.carris@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Collier**
U.S.Attorney's Office
450 Main Street
Room 328
Hartford,, CT 06103
860-947-1101
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Attorney for the District of Massachusetts**    represented by   **Eugenia M. Carris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Collier**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2005 | 12 | MDL Case transferred in from District of Connecticut; Case Number 3:05cv172AWT., filed by United States Department of Justice, United States Attorney for the District of Massachusetts.(Howarth, George) (Entered: 05/19/2005) |
| 05/12/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Howarth, George) (Entered: 05/19/2005) |
| 05/19/2005 | 13 | NOTICE of Appearance by Jack E. Robinson on behalf of Daniel E. Carpenter (Robinson, Jack) (Entered: 05/19/2005) |
| 05/20/2005 | 14 | MOTION to Transfer Case *to the Western Division* by Daniel E. Carpenter.(Robinson, Jack) (Entered: 05/20/2005) |
| 05/23/2005 | 15 | NOTICE of Appearance by Eugenia M. Carris on behalf of all defendants (Carris, Eugenia) (Entered: 05/23/2005) |
| 06/01/2005 | 16 | Opposition re 14 MOTION to Transfer Case *to the Western Division* filed by United States Department of Justice, United States Attorney for the District of Massachusetts. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Carris, Eugenia) (Entered: 06/01/2005) |
| 06/02/2005 | 17 | REPLY to Response to Motion re 14 MOTION to Transfer Case *to the Western Division* filed by Daniel E. Carpenter. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Robinson, Jack) (Entered: 06/02/2005) |
| 06/13/2005 |  | Judge Morris E. Lasker : ORDER entered denying 14 Motion to Transfer Case.Essentially for the reasons set forth in the goverment's memorandum in opposition as well as the consideration expressed in the opinion of Judge Thompson transfering the case to this district. (Howarth, George) (Entered: 06/15/2005) |
| 06/17/2005 | 18 | MOTION for Summary Judgment by Daniel E. Carpenter. (Robinson, Jack) (Entered: 06/17/2005) |
| 06/17/2005 | 19 | ADDENDUM re 18 MOTION for Summary Judgment filed by Daniel E. Carpenter. (Attachments: # 1 Exhibit # 2 Exhibit |

| | | |
|---|---|---|
| | | # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit)(Robinson, Jack) (Entered: 06/17/2005) |
| 07/01/2005 | 20 | Cross MOTION for Summary Judgment by United States Department of Justice, United States Attorney for the District of Massachusetts.(Carris, Eugenia) (Entered: 07/01/2005) |
| 07/01/2005 | 21 | MEMORANDUM in Support re 20 Cross MOTION for Summary Judgment filed by United States Department of Justice, United States Attorney for the District of Massachusetts. (Attachments: # 1 Exhibit Declaration of John E. Boseker)(Carris, Eugenia) (Entered: 07/01/2005) |
| 07/01/2005 | 22 | STATEMENT of facts. (Carris, Eugenia) (Entered: 07/01/2005) |
| 07/01/2005 | 23 | Response by United States Department of Justice, United States Attorney for the District of Massachusetts *to Plaintiff's Statement of Material Facts*. (Carris, Eugenia) (Entered: 07/01/2005) |
| 07/13/2005 | 25 | MEMORANDUM of LAW in Opposition re 20 Cross MOTION for Summary Judgment filed by Daniel E. Carpenter. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Howarth, George) (Entered: 07/18/2005) |
| 07/13/2005 | 26 | Response by Daniel E. Carpenter to 22 Statement of facts. (Howarth, George) (Entered: 07/18/2005) |
| 07/16/2005 | 24 | Opposition re 20 Cross MOTION for Summary Judgment filed by Daniel E. Carpenter. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Robinson, Jack) (Entered: 07/16/2005) |
| 08/15/2005 | | NOTICE of Hearing on Motion 18 MOTION for Summary Judgment, 20 Cross MOTION for Summary Judgment: Motion Hearing set for 9/13/2005 10:30 PM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 08/15/2005) |
| 08/30/2005 | | NOTICE OF RESCHEDULING the Motion Hearing which was set for September 13, 2005, the Motion Hearing is now set for 9/20/2005 02:30 PM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 08/30/2005) |
| 09/13/2005 | 27 | MOTION to Continue Hearing to 10/12/2005 by Daniel E. Carpenter.(Robinson, Jack) (Entered: 09/13/2005) |
| 09/19/2005 | | NOTICE OF RESCHEDULING Motion Hearing which was |

| | | |
|---|---|---|
| | | set for Sept.20,2005,Motion Hearing is now set for 10/12/2005 11:00 AM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 09/19/2005) |
| 10/12/2005 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker : Motion Hearing held on 10/12/2005 re 18 MOTION for Summary Judgment filed by Daniel E. Carpenter,, 20 Cross MOTION for Summary Judgment filed by United States Department of Justice,, United States Attorney for the District of Massachusetts,.Argument were heard and taken under advisement. (Court Reporter none.) (Howarth, George) (Entered: 10/14/2005) |
| 10/14/2005 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker : Telephone Conference held on 10/14/2005.Court requests the gov't counsel to provide documents for in camera review.Gov't cousnel request two weeks to product documents. Court grants the request.The documents are due by Friday, October 28, 2005. (Court Reporter none.) (Howarth, George) (Entered: 10/17/2005) |
| 11/07/2005 | 28 | Judge Morris E. Lasker : ORDER entered denying 18 Motion for Summary Judgment, granting 20 Motion for Summary Judgment. For Full Text see Docket No. # [ 28 ] (Howarth, George) (Entered: 11/14/2005) |
| 11/14/2005 | 29 | Judge Morris E. Lasker : ORDER entered. JUDGMENT in favor of Department of Justice,and U.S.Attorney for the District of Massachusetts against Daniel Carpenter(Howarth, George) (Entered: 11/14/2005) |
| 11/22/2005 | 30 | MOTION for Reconsideration re 28 Order on Motion for Summary Judgment, by Daniel E. Carpenter.(Robinson, Jack) (Entered: 11/22/2005) |
| 12/05/2005 | 31 | Opposition re 30 MOTION for Reconsideration re 28 Order on Motion for Summary Judgment, filed by United States Department of Justice. (Carris, Eugenia) (Entered: 12/05/2005) |
| 12/09/2005 | 32 | SUR-REPLY to Motion re 30 MOTION for Reconsideration re 28 Order on Motion for Summary Judgment, filed by Daniel E. Carpenter. (Robinson, Jack) (Entered: 12/09/2005) |
| 12/13/2005 | | Judge Morris E. Lasker : Electronic ORDER entered denying 30 Motion for Reconsideration, but Allowing Motion to file Memo. (Howarth, George) (Entered: 12/16/2005) |

| | | |
|---|---|---|
| 12/16/2005 | 33 | Judge Morris E. Lasker : ORDER entered. Carpenter's Motion for Reconsideration is DENIED. For Full Text see Docket No. 33(Howarth, George) (Entered: 12/16/2005) |
| 02/10/2006 | 34 | NOTICE OF APPEAL by Daniel E. Carpenter. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/2/2006. (Robinson, Jack) (Entered: 02/10/2006) |
| 03/03/2006 | 35 | TRANSCRIPT ORDER FORM by Daniel E. Carpenter re 34 Notice of Appeal, (Attachments: # 1 Exhibit)(Robinson, Jack) (Entered: 03/03/2006) |
| 03/15/2006 | 36 | NOTICE of Appearance by Malick W. Ghachem on behalf of Daniel E. Carpenter (Ghachem, Malick) (Entered: 03/15/2006) |