# United States Court of Appeals
## For the First Circuit

*[handwritten: 05-11012 Massachusetts ru. Lasker]*

No. 06-1489

DANIEL E. CARPENTER,

Plaintiff, Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ATTORNEY FOR THE DISTRICT OF MASSACHUSETTS,

Defendants, Appellees.

**JUDGMENT**

Entered: December 12, 2006

*[stamp: FILED IN CLERKS OFFICE US COURT OF APPEALS FOR THE FIRST CIRCUIT 2006 DEC 12 P 12:51]*

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The order of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature] Jennifer Colardo*
Deputy Clerk
Date: 2.2.07

By the Court:

*[signature]*
Richard Cushing Donovan, Clerk

[cc: Mr. Order, Ms. Boggs, Mr. Ghachem, Ms. Carris, Mr. Collier, Mr. Frank, Mr. Keisler & Mr. Schaitman. ]